# RYDER LAW FIRM
**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

September 16, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

**Re**: **MO & AYEK V. ONONDAGA COUNTY ET AL.**
       **5:23-cv-01602 & 5:23-cv-01608-TMJ-MJK**

Dear Judge Katz:

    I am writing to update the Court on the status of the above captioned cases. The NYSAG has not yet concluded their investigation of the facts and circumstances surrounding the death of the two minor passengers on September 6, 2023. Therefore, the ability to conduct discovery is very limited. Mr. Sickinger and I have remained in contact and are prepared to move things along once the NYSAG releases their findings, whereby allowing us to begin the exchange of information.

                                      Respectfully submitted,

                                        *Jesse P. Ryder*
                                        Jesse P. Ryder

CC: John A. Sickinger (Via Efile)