# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

December 16, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

   **Re**: **MO & AYEK V. ONONDAGA COUNTY ET AL.**
     **5:23-cv-01602 & 5:23-cv-01608-TMJ-MJK**

Dear Judge Katz:

  I am writing to update the Court on the status of the above captioned cases. The NYSAG has not yet concluded their investigation of the facts and circumstances surrounding the death of the two minor passengers on September 6, 2023. Therefore, the ability to conduct discovery is very limited. Mr. Sickinger and I have remained in contact and are prepared to move things along once the NYSAG releases their findings, whereby allowing us to begin the exchange of information.

  After recently speaking with Mr. Sickinger, we are in agreement that even if the AG does release their findings shortly, the current Scheduling Order, found at Dkt.14, will not provide us with enough time to complete discovery. Therefore, we are asking that the current discovery deadlines be moved out a minimum of 90 days.

           Respectfully submitted,

           *Jesse P. Ryder*

           Jesse P. Ryder

CC: John A. Sickinger (Via Efile)