# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**  
**County Executive**

**Robert A. Durr**  
**County Attorney**

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor  
421 Montgomery Street  
Syracuse, New York 13202  
Telephone: (315) 435-2170  
Fax: (315) 435-5729

February 20, 2025

Via CM/ECF

Hon. Mitchell J. Katz  
United States Magistrate Judge  
James Hanley Federal Building and United States Courthouse  
P.O. Box 7346  
Syracuse, New York 13261-7346

Re:   *Mo v. County of Onondaga, et al.*  
       United States District Court, Northern District of New York  
       Civil Action Number 5:23-cv-01602-TJM-MJK

Dear Judge Katz:

      I represent defendants Onondaga County, Sheriff Tobias Shelley and Deputy John Rosello in the above-referenced matter. A video conference with the Court is scheduled in this matter on March 17, 2025. Unfortunately, I have a conflict on that date. Accordingly, I contacted your courtroom deputy, who advised me that the Court is available on the following day, March 18, 2025, at 10:30 a.m. I then spoke with counsel for the plaintiff, Jesse Ryder, who advised me that he is also available on March 18th. Therefore, I respectfully request that the video conference scheduled for March 17 be rescheduled to March 18 at 10:30 a.m.

      Thank you for your review of the foregoing and for your consideration of my request.

Very truly yours,

JOHN A. SICKINGER  
Chief Deputy County Attorney  
Bar Roll No. 513595

Hon. Mitchell J. Katz
February 20, 2025
Page 2


cc:     Jesse Ryder, Esq. (Via CM/ECF)