UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMKOG MO, AS ADMINISTRATOR OF THE ESTATE OF LUETH MO,<br><br>Plaintiff,<br><br>-v-<br><br>ONONDAGA COUNTY, ONONDAGA COUNTY SHERIFF'S OFFICE, SHERIFF TOBIAS SHELLEY, in his individual capacity, DEPUTY SHERIFF JOHN ROSELLO, in his individual capacity, AND DOE OFFICEERS 1-10,<br><br>Defendants. | Civil Case No.: 5:23-cv-01602 ECC-MJK |

| | |
|---|---|
| HAWA AYEK, AS ADMINISTRATRIX OF THE ESTATE OF DHAL APET,<br><br>Plaintiff,<br><br>-v-<br><br>ONONDAGA COUNTY, ONONDAGA COUNTY SHERIFF'S OFFICE, SHERIFF TOBIAS SHELLEY, *in his individual capacity*, DEPUTY SHERIFF JOHN ROSELLO, *in his individual capacity*, AND DOE OFFICEERS 1-10,<br><br>Defendants. | Civil Action No.: 5:23-cv-01608 (ECC/MJK) |

**ORDER TO SHOW CAUSE DIRECTED TO NON-PARTY CITY OF ONEIDA**

Upon the Notice of Motion, Declaration of Mary L. D'Agostino, Esq. together with the exhibits attached thereto), and Memorandum of Law (all of which were submitted to the Court

on May 29, 2026 and annexed hereto as **Exhibit "A"**), Plaintiffs' papers in opposition thereto (all of which were submitted the Court on June 22, 2026 and which are annexed hereto as **Exhibit "B"**), and all prior proceedings had herein, it is hereby

**ORDERED**, that non-party CITY OF ONEIDA (including its department, the City of Onedia Police) shall show cause before this Court, on submission only unless oral argument is requested, as to why an Order should not be entered directing the unsealing and production of the following documents:

(1) certain law-enforcement records maintained by the City of Oneida and/or the City of Oneida Police Department concerning the series of thefts that occurred in the City of Oneida on the early morning of September 6, 2023, and which are believed to have involved Dhal Apet and/or Lueth Mo. These records are believed to include police reports, surveillance videos, witness statements, 911 records, body-worn camera footage, evidence logs, photographs, investigative notes, arrest records, incident reports, and other documents, recordings, or electronically stored information concerning those incidents, but excluding records relating to any disposition in Family Court (hereinafter, the "***Law Enforcement Records***"); and it is further

**ORDERED**, that the City of Oneida may address in its opposing papers the applicability of New York Family Court Act § 375.1 or any other basis upon which it contends that the *Law Enforcement Records* cannot be disclosed pursuant to an Order of this Court under circumstances in which (1) there is a Protective Order (annexed hereto as **Exhibit "C"**); or (2) the identity of any minors benefiting from the protections of New York Family Court Act § 375.1 can be

redacted prior to disclosure; and it is further

**ORDERED**, that opposing papers, if any, shall be filed with this Court and served upon counsel for Defendants and counsel for Plaintiffs on or before the 24th day of September, 2026; and it is further

**ORDERED**, that this Order to Show Cause (together with the referenced exhibits) shall be served on or before September 10th, 2026, as follows:

- *via* personal service on the City of Oneida – City Clerk, 109 N. Main Street Oneida, New York 13421
- *via electronic mail* upon City of Onedia, City Attorney Nadine C. Bell at nbell@ccf-law.com.

**ORDERED**, that in the event the Court directs the production of the *Law Enforcement Records*, such production shall be expressly subject to the parties' Protective Order previously entered in these actions and such additional restrictions on disclosure, use, dissemination, redaction, or filing as the Court may direct or the City of Oneida may deem required; and it is further

**ORDERED**, that in the event the Court directs the production of the *Law Enforcement Records*, such production shall not include any information that could identify any non-party minors, *i.e.*, excluding Dhal Apet and Lueth Mo, benefitting from the protections of New York Family Court Act § 375.1 and which can be redacted prior to disclosure.

**IT IS SO ORDERED.**

Dated: September 4, 2026
Syracuse, New York

Mitchell J. Katz
Hon. Mitchell J. Katz
United States Magistrate Judge