HANCOCK ESTABROOK LLP

**Mary L. D'Agostino**
*mdagostino@hancocklaw.com*

September 30, 2026

**VIA ELECTRONIC FILING**

Hon. Mitchell J. Katz, U.S. Magistrate Judge
James M. Hanley Federal Building
100 S Clinton Street
Syracuse, New York 13261

Re: *Mo v. Onondaga County et al.,* Civil Action No.: 5:23-cv-01602 (ECC/MJK)

Dear Magistrate Judge Katz,

Together with the Onondaga County Attorney's Office, we represent Defendants in the above-referenced matter. We write to respectfully request a four (4) month extension of the current discovery deadlines. If granted, this would result in the following schedule:

1. Fact Discovery is to be completed by February 1, 2027;
2. Plaintiff's Expert Disclosures are due by May 15, 2027;
3. Defendants' Expert Disclosures are due by July 15, 2027;
4. Rebuttal Expert Disclosures are due by September 3, 2027; and
5. Dispositive Motions are to be filed by August 15, 2027.

We respectfully submit that good cause exists for the requested extension, as the parties remain actively engaged in written discovery. Additionally, the parties have presented a discovery dispute to the Court [*see* Dkt. No. 61], and understand that a decision is forthcoming. We believe the requested extension would therefore afford the parties sufficient time to address the Court's discovery ruling, complete outstanding paper discovery and depositions, and otherwise proceed in accordance with the revised schedule.

We have conferred with Plaintiffs' counsel, and Attorney Lichtmacher has confirmed that Plaintiffs consent to and join in this request for an extension.

We appreciate the Court's time and consideration of this request.

Respectfully submitted,

Hancock Estabrook, LLP

Mary L. D'Agostino

MLD/gcg

CC: all counsel of record (*via electronic filing*)